No. 954, Misc. CABALLERO v. WILKINS, WARDEN. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 955, Misc. O'NEAL v. CALIFORNIA. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 957, Misc. DIGGS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General Ryan, Harold H. Greene* and *David Rubin* for the United States.

No. 962, Misc. RIGG v. CORRECTION DEPARTMENT, PAROLE BOARD DIVISION, OHIO. Supreme Court of Ohio. Certiorari denied.

No. 965, Misc. SHEFFIELD v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 967, Misc. YOUNG v. MARYLAND. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se. John Martin Jones, Jr.,* Assistant Attorney General of Maryland, for respondent.

No. 968, Misc. GORDON v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Nathan Kestnbaum* for petitioner. *Edward S. Silver* for respondent.

No. 973, Misc. SISK v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.